POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:     FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: | |
| UNITED STATES DISTRICT COURT - DISTRICT OF NEVADA<br>STREE ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: United States District Court - District of Nevada | |
| PLAINTIFF/PETITIONER: Evans<br>DEFENDANT/RESPONDENT: Creditors Specialty Service | Case Number:<br>2:13-cv-01667-RCJ-VCF |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Gliner/407179 |

*(Separate proof of service is required for each party served.)*

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

   Summons and Complaint; Certificate of Interested Parties; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Letter

on: Creditors Specialty Service, Inc. By Serving Neal Evans, Registered Agent
   A Foreign Corporation,

in the above mentioned action as pursuant to the Federal Rules of Civil Procedure by delivering to the parties dwelling house or usual place of abode or business and leaving with a person of suitable age and discretion. The name of the person with whom the documents were left with is:

   "Jane Doe" - F - Afr Am - 30yrs - 5' - 135lbs - blk hr - brn eyes, Person in Charge to Neal Evans, Authorized Person for Service

at:   2625 Townsgate Rd., Ste. 330, Westlake Village, CA 91361(Business)

on: September 19, 2013
at:   2:30 PM
The documents were mailed on 9/20/2013 to the party's Business

NOTARIAL JURAT
State of California; County of San Bernardino
Subscribed and sworn to (or affirmed) before me on this 24th day of Sept, 20 13,
by Delbert Salgado,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature Kathy McCool

Fee for service:

Record # 13-102668
Invoice # 1398109, 1398109

[Notary Seal: KATHY MCCOOL, COMM. #2021657, NOTARY PUBLIC - CALIFORNIA, SAN BERNARDINO COUNTY, My Comm. Expires May 22, 2017]

Registered California process server.
County: Orange
Registration No: PSC2448
Expiration Date: May 03, 2014

Delbert Salgado - Sano Attorney Service

P.O. Box 1568, Riverside, CA 92502

I declare under penalty of perjury that the foregoing is true and correct and that this declaraction was executed
on: Sep 20, 2013   at: Riverside, CA 92502-1568

Delbert Salgado

Service was made outside the State of Nevada, not subject to NRS 648